No. 913. MISSLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Edward L. Genn* for petitioner. Solicitor General Griswold, Assistant Attorney General Wilson, *Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 925. GLOBUS ET AL. v. LAW RESEARCH SERVICE, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Herman E. Cooper* for petitioners. *Donald J. Zoeller* for respondents Blair & Co. et al., and *Lawrence Milberg* for respondent Hoppenfeld.

No. 930. BAUMGARTNER ET AL. v. GULF OIL CORP. Sup. Ct. Neb. Certiorari denied. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Bernard L. Pachett,* Assistant Attorney General, for petitioners. *James B. Diggs* for respondent.

No. 931. LEMLICH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Harold Heller* for petitioner. Solicitor General Griswold, Assistant Attorney General Walters, *Joseph M. Howard,* and *John M. Brant* for the United States.

No. 934. WYLIE MANUFACTURING CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Frank F. Fowle* for petitioner. Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, and *Norton J. Come* for respondent.

No. 950. HAMLETT v. NEW JERSEY. Super. Ct. N. J. Certiorari denied. *Raymond A. Brown* for petitioner.